UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
(SYRACUSE)

| | |
|---|---|
| Seth M. W. *formerly known as* Sabrina M. W., *Plaintiff*, | ) Case 5:24-cv-00373-GTS-MJK ) ) |
| vs. | ) ) **Joint Stipulation for Remand** ) (Document Filed Electronically) |
| Martin J. O'Malley, Commissioner of Social Security, *Defendant*. | ) ) ) |

**Joint Stipulation for Remand pursuant to the fourth sentence of 42 U.S.C. § 405(g)**

The parties, through their respective counsel, stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including an opportunity for a hearing and a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated: July 17, 2024

By: */s/ Jason P. Peck*
   Jason P. Peck
   Special Assistant U.S. Attorney
   Office of Program Litigation – 2
   Office of the General Counsel
   Social Security Administration
   Phone: (212) 264-2493
   Duty station time zone: Eastern
   jason.peck@ssa.gov

By: */s/ Cindy Domingue-Hendrickson*
   Cindy Domingue-Hendrickson
   Legal Aid Society of Mid- New York, Inc.
   120 Bleecker Street
   Utica, NY 13501
   315-793-7033
   Fax: 315-732-3202
   Email: cindy.hendrickson@lasmny.org

**So Ordered:**

*[signature]*
Glenn T. Suddaby
U.S. District Judge

7/19/2024
**DATE**