UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Seth M. W.,  :
*formerly known as* Sabrina M. W.,  :
                                   :  **CONSENT ORDER AWARDING**
               Plaintiff,    :  **ATTORNEY'S FEES UNDER THE**
                                   :  **EQUAL ACCESS TO JUSTICE ACT**
       v.                         :  **(EAJA), 28 U.S.C. § 2412(d)**
                                   :
MARTIN O'MALLEY,  :
Commissioner Social Security,  :
                                   :
                                   :       5:24-cv-00373-GTS-MJK
              Defendant.    :
-------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-entitled action that Plaintiff be awarded fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of $583.29 (five hundred eighty-three dollars and twenty-nine cents) for attorney fees, and costs in the amount of $0.00 (zero dollars and zero cents) pursuant to 28 U.S.C. § 1920. Such award is made in full satisfaction of any claim for fees, costs, and other expenses pursuant to the EAJA.

      It is further agreed that payment of fees will be made directly to Plaintiff's attorney if Plaintiff has agreed to transfer her rights to EAJA fees to her attorney, and provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

      AND, the Court having reviewed this matter,

      IT IS on this ___22nd___ day of ___July___, 20_24_ ;

ORDERED that Plaintiff be allowed said award under the Equal Access to Justice Act.

_____
Glenn T. Suddaby
U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

        CARLA B. FREEDMAN
        United States Attorney
        Northern District of New York
        Attorney for Defendant

By: /s/ *Jason Peck*
        Jason Peck
        Special Assistant U.S. Attorney
        Northern District of New York
        Office of Program Litigation, Office 2
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        (212) 264-2049
        Email: jason.peck@ssa.gov

        Legal Aid Society of Mid-New York, Inc.
        *Attorney for Plaintiff*

By: /s/ *Cindy Domingue-Hendrickson*
        Cindy Domingue-Hendrickson
        Legal Aid Society of Mid- New York, Inc.
        120 Bleecker Street
        Utica, NY 13501
        315-793-7033
        Fax: 315-732-3202
        Email: Cindy.Hendrickson@lasmny.org